15

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Case No: 17 CR 343 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| THOUCHARIN RUTTANAMONGKONGUL | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

Removal proceedings held. Defendant appears in response to arrest on May 24, 2017. The government's oral motion to unseal the docket and case file is granted. Defendant informed of his rights. Enter Order appointing Christopher Grohman as counsel for defendant for initial appearance only. Defendant shall submit a financial affidavit forthwith if he does not retain counsel. Defendant waives identity hearing; the Court finds that the defendant Thoucharin Ruttanamongkongul is the person named in the arrest warrant. Government seeks detention. Detention hearing is set for May 26, 2017 at 12:30 pm.

Defendant is remanded to the custody of the U.S. Marshal pending further order of the Court.

Date: May 24, 2017

Jeffrey Cole
U.S. Magistrate Judge

(T:0:15)