15

# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: U.S. v. Thovcharin Ruttanamongkongul    Case Number: 17 CR 343

An appearance is hereby filed by the undersigned as attorney for:

**FILED**

MAY 24 2017

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Attorney name (type or print): Christopher Grohman

Firm:

Street address: 190 S. LaSalle #3700

City/State/Zip: Chicago, IL 60603

Bar ID Number: 6312144
(See item 3 in instructions)

Telephone Number: 312-515-7313

Email Address: christopher.grohman@gmail.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.
☑ Retained Counsel → ProBono for Removal Hearing
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 5/24/17

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015