CR

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>THOUCHARIN RUTTANAMONGKONGUL<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 17 CR 343<br><br><br>Magistrate Judge Jeffrey Cole |

**ORDER**

Detention hearing held. Order defendant removed to the District of Minnesota.

Order defendant removed in custody to the District of Minnesota forthwith.

Defendant is remanded to the custody of the U.S. Marshal pending further order of the Court.

Date: May 30, 2017

Jeffrey Cole
U.S. Magistrate Judge

(T:0:20)